# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TAMIKO HARRIS-MORRISON, individually and on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SABERT CORPORATION, <br><br> Defendant. | Judge Edmond E. Chang <br><br> Case No. 1:23-cv-16120 |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Sabert Corporation ("Sabert" or "Defendant"), by and through its undersigned attorneys, Foley & Lardner LLP, respectfully move this Court for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff Tamiko Harris-Morrison's ("Plaintiff") Complaint without leave to amend, or in the alternative, for an order pursuant to Fed. R. Civ. P. 12(e) ordering Plaintiff to file a more definite statement. Counsel for Sabert reached out to counsel for Plaintiff to seek Plaintiff's consent or objection to the foregoing Motion, but received no response. The reasons for this Motion are set forth in Defendant's contemporaneously filed brief in support of this Motion.

4895-2432-7570.1

Dated: November 27, 2023          Respectfully submitted,

                                                   /s/ *Christopher Ward*
                                                   Christopher Ward
                                                   John Litchfield
                                                   Patrick McMahon
                                                   Samantha Saddler
                                                   CWard@foley.com
                                                   JLitchfield@foley.com
                                                   PMcmahon@foley.com
                                                   SSaddler@foley.com
                                                   Foley & Lardner LLP
                                                   321 North Clark Street, Suite 3000
                                                   Chicago, IL 60654
                                                   312.832.4500
                                                   312.832.4700

                                                   *Attorneys for Sabert Corporation*

4895-2432-7570.1

## **CERTIFICATE OF SERVICE**

    I, Christopher Ward, an-attorney, hereby certify that on November 27, 2023, I caused the foregoing DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT to be filed through the Court's CM/ECF system, which shall send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

                                                                                           /s/ *Christopher Ward*
                                                                                             Christopher Ward

4895-2432-7570.1